# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-1020

_____

Bryan S. Behrens, for Bryan Behrens, Michelle Behrens and children of the Behrens', Bryan Behrens as a receivership entity

*Plaintiff - Appellant*

v.

GMAC Mortgage, LLC, and it's successors Ocwen Loan Servicing, third party collectors and service providers for US Bank National Association as Trustee for Ramp 2006 NC2

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: August 7, 2014
Filed: August 14, 2014
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Bryan Behrens appeals the district court's[1] preservice dismissal of his civil complaint, in which he alleged that the lender and servicer on a mortgage encumbering certain property were violating the Fair Debt Collection Practices Act by foreclosing on the property, and that the foreclosure proceedings violated a court order in a separate receivership case. Upon careful de novo review, we conclude that dismissal was proper for the reasons explained by the district court; and we reject without discussion the arguments raised on appeal. The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.